UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD KUYKENDALL,<br>　　　　Plaintiff, | )<br>)<br>) |
| vs. | )　　1:08-cv-0162-LJM-DML<br>) |
| MICHAEL J. ASTRUE, Commissioner of<br>the Social Security Administration,<br>　　　　Defendant. | )<br>)<br>)<br>) |

### ENTRY OF JUDGMENT

Through an order dated November 18, 2009, the Court **REMANDED** defendant's, the Commissioner of Social Security, decision to deny plaintiff's, Ronald Kuykendall, application for Disability Insurance Benefits and Social Security Income.

DATED this 18th day of November, 2009.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
　　　Deputy Clerk

Distribution attached.

Distribution to:

Jame S. Goldstein
jamegoldsteinlaw@aol.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov